**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

ESTATE OF PAUL S. TERRY, JR.,
DECEASED,

               Petitioner

       v.

CATHEDRAL VILLAGE,

            Respondent

:  No. 290 EAL 2017
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 2nd day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.